FILED

08/10/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0347

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Case No. DA 21-0347

WOODROW BARSTAD and
CHRISTINE BARSTAD,

      Plaintiffs/Appellants,

vs.

ALBERT BURNEY, INC.,
an Alabama Corporation, and RIVERBEND
REALTY, LLC, a Montana Corporation,

      Defendants/Appellees.

---

## *ORDER GRANTING APPELLANTS' UNOPPOSED FIRST MOTION FOR 30-DAY EXTENSION OF TIME TO FILE OPENING BRIEF*

On Appeal from the Montana Third Judicial District Court
Powell County, Consolidated Cause Nos. DV-16-68; DV-16-69; DV-17-12
Before Hon. Ray J. Dayton

---

Quentin M. Rhoades
RHOADES SIEFERT &
ERICKSON PLLC
430 Ryman Street
Missoula, Montana 59802
Telephone: 406-721-9700
qmr@montanalawyer.com
For Appellant

Scott D. Hagel
CROWLEY FLECK PLLP
1667 Whitefish Stage Road
P.O. Box 759
Kalispell, MT 59903-0759

Jason Collins
Garlington, John & Robinson,
PLLP
P.O. Box 7909
Missoula, MT 59807

Jill Gerdrum
Axilon Law Group, PLLC
Millennium Building, Suite 403
125 Bank Street
Missoula, MT 59802

Graham J. Coppes
Ferguson Law Office, PLLC
P.O. Box 8359
Missoula, MT 59807-8359

Upon motion of Appellants Woodrow Barstad and Christine Barstad, and for good cause shown,

IT IS HEREBY ORDERED that Appellants' motion is GRANTED. Appellants shall have up to September 19, 2021, in which to file their Opening Brief.

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 10 2021